IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TWAYNE LEBARSHA WARE, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:20-CV-326-WKW ) [WO] |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

### **ORDER**

On October 17, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record, it is ORDERED as follows:

(1)  The Recommendation (Doc. # 12) is ADOPTED;

(2)  Petitioner's 28 U.S.C. § 2255 motion (Doc. # 1) is DENIED without an evidentiary hearing; and

(3)  This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 29th day of November, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE