IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TWAYNE LEBARSHA WARE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-326-WKW |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Petitioner has filed a notice of appeal (Doc. # 17), appealing the November 29, 2022 final judgment dismissing his 28 U.S.C. § 2255 motion. The notice of appeal is construed as containing a motion for a certificate of appealability and a motion for leave to appeal *in forma pauperis*.

A certificate of appealability is necessary before a petitioner may pursue an appeal in a habeas corpus proceeding. *See* 28 U.S.C. § 2253(c). To mandate the issuance of a certificate of appealability, a petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Barefoot v. Estelle*, 463 U.S. 880, 893 (1983). Under this standard, Petitioner has failed to make a substantial showing of the denial of a constitutional right.

Accordingly, it is ORDERED that Petitioner's motion for a certificate of appealability (Doc. # 17) is DENIED.

Additionally, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a). In making that determination, the court uses an objective standard, such as whether the appeal is "frivolous," *Coppedge v. United States*, 369 U.S. 438, 445 (1962), or "has no substantive merit," *United States v. Bottoson*, 644 F.2d 1174, 1176 (5th Cir. Unit B May 1981). For the reasons set out in the Recommendation of the Magistrate Judge (Doc. # 12), which was adopted as the final order (Doc. # 14), the court finds that Petitioner's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith. *See Rudolph v. Allen*, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam).

Accordingly, it is ORDERED that Petitioner's motion for leave to appeal *in forma pauperis* (Doc. # 17) is DENIED.

DONE this 22nd day of December, 2022.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE